# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2010

140752 & (38)

AUTO-OWNERS INSURANCE COMPANY,
     Plaintiff-Appellant,

v

ANDREA DEE LARGE, and CITIZENS
INSURANCE COMPANY OF
AMERICA,
     Defendants-Appellees,

and

AYME K. FRITZ
     Defendant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140752
COA: 288530
Kent CC: 07-012609-CK

On order of the Court, the application for leave to appeal the February 2, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to consolidate is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

_____
Clerk

p0421